IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOEFFLER THOMAS P.C. f/k/a : | |
| LOEFFLER THOMAS TOUZALIN LLP : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 15-5194 |
| SIMON FISHMAN, ET AL. : | |

**O R D E R**

**AND NOW**, this   11th   day of     April    , 2016, upon consideration of the Motions to Dismiss filed by each of the named Defendants (ECF Nos. 4, 5, 6, 7, 8, 9, 10, 11),[1] and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motions are **GRANTED** in part, and **DENIED** in part, as follows:

1. Count 4 (breach of contract), Count 5 (account stated), and Count 6 (quantum meruit) with respect to the Third Circuit Appeal are **DISMISSED**.

2. Count 7 (breach of contract), Count 8 (account stated), and Count 9 (quantum meruit) with respect to the Stretton Matter are **DISMISSED**.

3. Count 10 (breach of contract), Count 11 (account stated), and Count 12 (quantum meruit) with respect to the Ferrara Matter are **DISMISSED**.

4. Count 13 (pre-judgment attachment of assets) is **DISMISSED**.

---

[1] The following Motions to Dismiss were filed by Defendants: Samuel Fishman (ECF No. 4); Capital Car Co., Cars & Trucks, LLC, Seed Acquisitions, LLC, and Seed Acquisitions, Inc. (ECF No. 5); Law Office of Samuel Fishman, P.C. (ECF No. 6); Daniel Fishman (ECF No. 7); Eric Fishman (ECF No. 8); Eugene Reed (ECF No. 9); Miriam Fishman (ECF No. 10); and Simon Fishman (ECF No. 11).

5. The Motions to Dismiss are **DENIED** with respect to the claims related to the Capital Car Matter (Counts 1 through 3).

**IT IS SO ORDERED.**

                                    BY THE COURT:

                                    _____
                                    **R. BARCLAY SURRICK, J.**