IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOEFFLER THOMAS P.C. f/k/a : | |
| LOEFFLER THOMAS TOUZALIN LLP : | |
| : | CIVIL ACTION |
| v.   : | |
| : | NO. 15-5194 |
| SIMON FISHMAN, ET AL.   : | |

**O R D E R**

**AND NOW**, this  11th  day of  August , 2016, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint to Clarify Their Allegations Regarding the Statute of Limitations and Fraudulent Concealment (ECF No. 68), and all documents submitted in support therefore, and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**